**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Robert Rothman,

Plaintiff,

v. Case No. 8:23-cv-02969

Bank of America Corporation; Bank of America, National Association; Merrill Lynch, Pierce, Fenner & Smith Incorporated; BofA Securities, Inc.; and U.S. Trust Company of Delaware;

Defendants.
___________________________/

**REPORT AND NOTICE OF COMPLIANCE OF SPECIAL MASTER**

Special Master, Ashley T. Gallagher, hereby gives notice of completion of the Court's assignment as set forth in the Order Appointing Special Master dated April 15, 2026 (*see* Dkt. 259) and Order Adopting Report and Recommendation of Special Master (*see* Dkt. 378), to produce to Defendants any documents or portions of documents deemed not privileged. In fulfilling this assignment, the Special Master took the following steps to confirm the scope of documents remaining for production.

Specifically, on or about September 17, 2026, the Special Master was notified that Plaintiff previously produced documents to Defendants not subject to Plaintiff's objection on July 16, 2026. Thereafter, the Special Master confirmed with

counsel for both Plaintiff and Defendants that the only documents pending production at this time were the documents at Tabs 1, 3, 7, 8, 13, 17, 18, 19, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 35, 36, 37, 38, 40, 41, 42, 43, 44, 45, 47, 51, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 68, 69, and 70.

The above-mentioned documents were redacted as applicable in accordance with the Court's Orders and produced to Defendants on September 30, 2026, following the Court's Order overruling Plaintiff's objection and ordering Defendant to comply in all respects with the Order Adopting Report and Recommendation of Special Master within three days. (*See* Dkt. 385).

In light of the foregoing, the Special Master considers her assignment under the Order Appointing Special Master fully and finally discharged. She shall bill Plaintiff for the work performed within 30 days. (*See* Dkt. 259 at 4-5).

Respectfully submitted this 1st day of October 2026.

*/s/Ashley T. Gallagher*
Ashley T. Gallagher
Florida Bar No.: 0125141
Johnson Jackson PLLC
100 N. Tampa Street, Suite 1800
Tampa, FL 33602
Telephone: (813) 580-8400
Facsimile: (813) 580-8407
E-mail: agallagher@johnsonjackson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court on this 1st day of October 2026, using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Ashley T. Gallagher*
Attorney